UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Jessica S. Allen**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973) 645-2580

December 12, 2023

**LETTER ORDER**

*To:  Pro Se Plaintiff by Certified Mail, RRR, and Regular Mail, and Counsel of Record via ECF*

>    **Re:    *Dodson, et al. v. Mendez, et al.*,**
>    **Civil Action No. 23-22797 (MCA) (JSA)**

Dear Plaintiffs:

      The Court is in receipt of your unopposed Motion to Seal. (ECF No. 4).[1] Plaintiff has not submitted the particular documents to be sealed for the Court's review.  Further, the Motion is procedurally deficient as it does not contain an index or a proposed order including Plaintiffs' Proposed Findings of Fact and Conclusions of Law as required by Local Civil Rule 5.3(c)(3).

      Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**, subject to the submission of a renewed Motion that fully complies with Local Civil Rule 5.3(c)(3). The Clerk of the Court is directed to terminate the Motion to Seal filed as ECF No. 4.

      **SO ORDERED**.

                                                            *s/ Jessica S. Allen*
                                                            **HON. JESSICA S. ALLEN**
                                                            **United States Magistrate Judge**

cc:      Hon. Madeline Cox Arleo, U.S.D.J.

---

[1] A review of the official court docket confirms that none of the named Defendants have entered appearances.  It is unclear whether they have been properly served with the Complaint.