2:23-cv-22797-mCA-JSA

DATE OF INCIDENT: 12/11/23

EVENT/COMPLAINT #: P23583615

LOCATION: 247 16TH AVE

UNIT #: —172—

## POLICE REPORTS

Police Reports are available after three (3) business days. Reports can be picked up at the "Report Window" at Public Records located at 22 Franklin Street – Annex Building (left side entrance in the alleyway behind City Hall) Monday-Friday, 8:30 a.m. 3:30 p.m. except holidays. The fees for reports shall be applied in accordance with the Open Public Records Act (N.J.S.A. 47:1A-5):

> **8 ½" x 11" or smaller – .05 cents per page**
> **8 ½" x 14" or larger - .07 cents per page**
> **Motor Vehicle Accident Reports - $5.00**

Please call Public Records during business hours with any questions at 973-733-6029. Police Precincts are unable to provide copies of reports.

## TOWED VEHICLE / VEHICLE RELEASES

Impounded vehicles may be released at the Auto Squad located at 22 Franklin Street – 3rd Floor, Monday-Friday, 8:30 a.m. – 4:30 p.m. except holidays. For questions call 973-733-5616. **Vehicles can only be released to the registered owner. The registered owner must produce a valid Driver's License, valid Registration and valid Insurance Card for the vehicle at the time of the release.** Towing & storage fees may apply and must be paid to the tow company at the time of release.



## Honorable Ras J. Baraka, Mayor

### Newark Municipal Council

**Mildred C. Crump – President/Council Member-at-Large**

**Augusto Amador – Council Member East Ward**

**Gayle Cheneyfield Jenkins – Council Member Central Ward**

**Carlos M. Gonzalez – Council Member-at-Large**

**John Sharpe James – Council Member South Ward**

**Joseph A. McCallum, Jr. – Council Member West Ward**

**Eddie Osborne – Council Member-at-Large**

**Luis A. Quintana – Council Member-at-Large**

**Anibal Ramos, Jr. – Council Member North Ward**

2023 DEC 15 A 10 03

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK



# NEWARK DEPARTMENT OF PUBLIC SAFETY



**Fritz G. Fragé**
**Public Safety Director**

## NEWARK POLICE DIVISION

**Emanuel Miranda Sr.**
**Chief of Police**

**NEWARK POLICE**
**480 CLINTON AVENUE**
**NEWARK, NEW JERSEY 07108**

WWW.NPD.NewarkPublicSafety.ORG

05/11/2018

## CALLING FOR HELP

**9-1-1** is for police, fire, and medical *emergencies only*. When you call 9-1-1 stay calm, answer the questions, speak clearly, stay on the line and follow instructions. Be prepared to tell the dispatcher the following information:

**ADDRESS OR LOCATION of the emergency.**

**EXPLAIN WHAT the emergency is.**

**Do not hang up until the dispatcher tells you to.**

For all non-emergency police matters call:

## 973-733-6000

*Help us find you in a hurry; please make sure your address number can be easily seen from the street.*

### PRECINCT LOCATIONS & PHONE NUMBERS

| | |
|---|---|
| 1st Precinct | 10 17th Avenue |
| Main Number | 973-353-7171 |
| | |
| 2nd Precinct | 1 Lincoln Avenue |
| Main Number | 973-733-6080 |
| Detectives | 973-733-5732 |
| | |
| 3rd Precinct | 649 Market Street |
| Main Number | 973-733-6190 |
| Detectives | 973-733-6290 |
| | |
| 4th Precinct | 247 16th Avenue |
| Main Number | 973-733-6060 |
| Detectives | 973-733-3736 or 973-733-6013 |
| | |
| 5th Precinct | 480 Clinton Avenue |
| Main Number | 973-733-6070 |
| Detectives | 973-733-5109 or 973-877-9397 |
| | |
| 6th Precinct | 491 Irvington Avenue |
| Main Number | 973-923-1473 |
| Detectives | 973-877-9531 |
| | |
| 7th Precinct | 159 N. 10th Street |
| Main Number | 973-645-1819 |
| Detectives | 862-323-6814 |
| | |
| Metro Division | 189 Market Street |
| Main Number | 973-733-5196 |
| | |
| Shooting Response | 31 Green Street-4th Floor |
| Main Number | 973-733-3981 |
| | |
| Robbery Squad | 31 Green Street-4th Floor |
| Main Number | 973-733-4418 |
| | |
| Juvenile Services | 43 Dickerson Street |
| Main Number | 973-481-1239 |

# NEWARK POLICE
## OFFICE OF PROFESSIONAL STANDARDS

### REPORTING EMPLOYEE MISCONDUCT

The Newark Police Division strives to improve services and foster citizen confidence through positive community interaction. Citizen confidence in the police division is increased when effective policies and procedures are enforced. The community should be assured that the police division will address all complaints of misconduct with integrity and professionalism.

It is the policy of the Newark Police to accept complaints of Newark Police employee misconduct from any person, at any time, in any place, and in any manner (in-person, by telephone, via e-mail, written letter, etc…). This includes anonymous complaints, third-party complaints (hearsay), and complaints from juveniles (with or without a guardian present).

Anyone who files a complaint will be treated with courtesy and respect. All information will be kept confidential.

**Office of Professional Standards**
**494 Broad Street – Newark, New Jersey 07102**
**973-733-6171**
**Monday – Friday**
**9:00 a.m. to 11:00 p.m.**

You may also file a complaint at any Newark Police Division facility or you can call 973-733-6000.

or send an email to IAD@ci.Newark.NJ.US.

### ADDITIONAL CONTACT NUMBERS

| | |
|---|---|
| Office of the Public Safety Director | 973-733-6007 |
| Office of the Chief of Police | 973-733-7930 |
| Community Affairs/Clergy Unit | 973-733-6097 |

### CRIME STOPPERS – ANONYMOUS

We won't ask your name and we will never trace your call. Cash rewards up to $2,000.00!

Call 1-877-NWK-TIPS (1-877-695-8477)
Call 1-877-NWK-GUNS (1-877-695-486_)
Call 1-888-NPD-PUSH (1-888-695-7874)

### ARREST / POLICE BAIL INFORMA_

Note: Information concerning persons that have b_ arrested is confidential. Individuals who have bee_ arrested are usually first held at the local precinct_ transferred to the Municipal Arrest Processing Se_ located at 480 Clinton Avenue.

Information (males) - 973-733-6199
Information (females) - 973-877-9203

Bails can only be paid in cash (exact amount) or b_ Fees may apply. Bails cannot be accepted betwee_ hours of 5-6 a.m., 1-2 p.m., or 9-10 p.m. daily. **Y** **have valid identification to pay a bail.**

Prisoners may be transferred to the Essex County_ Correctional Facility located at 354 Doremus Ave_ Newark. For information on county inmates call_ 7500.

### MUNICIPAL COURT INFORMAT_

All municipal courtrooms are located at 31 Green_ For all court & traffic questions please call 973-7_

To file criminal complaints – Room 207
For customer service – Room 105

**- Violations Bureau Information –**
For all transactions you will need valid identifi_
For traffic summonses please know your ticket_

Bail Window Hours: Monday-Friday, 8:30 a.m.-3_

Cashier Hours: Monday-Friday, 8:30 a.m. - 7:0_
& Saturday, 8:30 a.m.- 12:00 p.m. - closed on h_

A 24-hour Traffic Summons drop-box is also lo_ the lobby of 31 Green Street. Drop-box payments_ checks or money orders only   NO CASH_

Traffic summonses can also be paid on-line_



Kevin Dodson
120 Schofield St Apt 1L
Newark NJ 07106
Kev.Dodson34@yahoo.com
862-754-9044
Case # 2:23-cv-22797-mca-jsa

Amend complaint

From complaint # C23045489

On Judicial misconducts that was made to
Richard J. Hughes Justice Complex
P.O. Box 037, Trenton, NJ 08625-0037 for
falsifying documents, False Statements from Robert N. Wilentz
Court Complex 212 Washington Street, 9ᵗʰ Floor court room #9 ,
That was made on December 11, 2023 at 1:30pm for another court
date set for January 8, 2024.
From Sheila Venable assignment Judge
Naazneen B. Khan Superior Court Judge, Family Division
David B. Katz Presiding Judge, Family Division

Followed from report of assaults made before court at 1:30pm
To Newark police LT Cartez M who said he was gone take the
statements and send it to Office of Professional Standards
494 Broad Street Newark NJ 07102 for investigation on
Newark police officer Torres Jr Victor that assaulted,
discrimination on me Kevin Dodson inside the Essex County
juvenile detention 80 Duryea St, Newark NJ 07103 before assaults,
false statements, false imprisoned, False arrest, false reports,
discriminations and force on my son Kevin JR Dodson
Suing all

2:23-CV-22797
MCA-JSA



# New Jersey Courts

Independence · Integrity · Fairness · Quality Service

Essex Vicinage

| Honorable Sheila Venable<br>Assignment Judge | **Honorable Naazneen B. Khan**<br>Superior Court Judge, Family Division | Honorable David B. Katz<br>Presiding Judge, Family Division |

Robert N. Wilentz Court Complex
212 Washington Street, 9th Floor
Newark, New Jersey 07102

njcourts.gov · Tel: 973-776-9777 · Fax: 973-424-2461

December 11, 2023

To Whom It May Concern:

Please be advised that Keving Dodson, Sr. was before the Superior Court/Family Division on the above date, during the time of 1:30 p.m. until 4:30 p.m. This letter is to excuse him from work at said date and times. Thank you for your cooperation.

Very truly yours,

/s/ **Naazneen B. Khan**
HONORABLE Naazneen B. Khan, J.S.C.

NBK/kj






**FW: Message from "ESSADU-RICOH-3555-4-7THF L"**

kev.dodson34@ya.../Inbox

**2:23·CV-22797 MCA-JSA**

 **Marino, Paulina [opd]** <paulina.marino@opd.nj.gov>
To: Kev.dodson34@yahoo.com <kev.dodson34@yahoo.com>

Dec 13 at 8:19 AM

Good morning Mr. Dodson,

I have attached the work letter from Judge Khan to this email. Just for future reference if you'd like you are more than welcome to call-in on the phone to court hearings. Please let me know if you have any questions.

Best,

Paulina Marino, Legal Fellow
Office Of The Public Defender
Essex Trial Region
31 Clinton Street 7th Floor
Newark, NJ 07102
Phone: (201)312-2506
Email: Paulina.Marino@opd.nj.gov

-----Original Message-----
From: donotreply@opd.nj.us <donotreply@opd.nj.us>
Sent: Wednesday, December 13, 2023 8:14 AM
To: Marino, Paulina [opd] <Paulina.Marino@opd.nj.gov>
Subject: Message from "ESSADU-RICOH-3555-4-7THFL"

This E-mail was sent from "ESSADU-RICOH-3555-4-7THFL" (MP 3555).

Scan Date: 12.13.2023 08:14:08 (-0500)
Queries to: donotreply@opd.nj.us

**1 File    23.3kB**

📄 **20231213081408145.pdf**
   23kB

*Email sent to me From*

*File on page 2 From this page* ①