FIRST-CLASS MAIL

$08.53

ZIP 07102
041L11246772

neopost
12/13/2023
US POSTAGE

DANELS NJ 070

CERTIFIED MAIL

7022 0410 0002 0219 2156

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 FEB -7 A 11:35

7201/25/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

*1669-06744-18-39*

NIXIE    015    4E    1

MANUAL PROC REQ

07106-365232

KEVIN DODSON
120 SCOFIELD ST
APT 1L
NEWARK, NJ 07106

**Orders on Motions**
2:23-cv-22797-MCA-JSA
DODSON et al v. MENDEZ et al

PROSE+,PROSE

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 FEB -7 A 11: 35

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 12/12/2023 at 11:18 AM EST and filed on 12/12/2023
**Case Name:**        DODSON et al v. MENDEZ et al
**Case Number:**    2:23-cv-22797-MCA-JSA
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER denying [4] Motion to Seal DENIED WITHOUT PREJUDICE, subject to the submission of a renewed Motion that fully complies with Local Civil Rule 5.3(c)(3).. Signed by Magistrate Judge Jessica S. Allen on 12/12/2023. (ld)(Mailed to Plaintiff by Certified Mail, RRR, and Regular Mail)**

**2:23-cv-22797-MCA-JSA Notice has been electronically mailed to:**

**2:23-cv-22797-MCA-JSA Notice has been sent by regular U.S. Mail:**

K. D.

KEVIN DODSON
120 SCOFIELD ST
APT 1L
NEWARK, NJ 07106

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/12/2023] [FileNumber=17877896
-0] [39f50359351c1b2f1f3599c7796c90f5f8b910a4c3fc2becc3d177fe42336dde4
91da450698bd5c293e5a5237ba788005eb9dbf82501982fae80b8fda1b286b5]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Jessica S. Allen**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973) 645-2580

December 12, 2023

## LETTER ORDER

*To:  Pro Se Plaintiff by Certified Mail, RRR, and Regular Mail, and Counsel of Record via ECF*

> **Re:   *Dodson, et al. v. Mendez, et al.*,**
> **Civil Action No. 23-22797 (MCA) (JSA)**

Dear Plaintiffs:

The Court is in receipt of your unopposed Motion to Seal. (ECF No. 4).[1] Plaintiff has not submitted the particular documents to be sealed for the Court's review.  Further, the Motion is procedurally deficient as it does not contain an index or a proposed order including Plaintiffs' Proposed Findings of Fact and Conclusions of Law as required by Local Civil Rule 5.3(c)(3).

Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**, subject to the submission of a renewed Motion that fully complies with Local Civil Rule 5.3(c)(3). The Clerk of the Court is directed to terminate the Motion to Seal filed as ECF No. 4.

**SO ORDERED**.

*s/ Jessica S. Allen*
**HON. JESSICA S. ALLEN**
**United States Magistrate Judge**

cc:     Hon. Madeline Cox Arleo, U.S.D.J.

---

[1] A review of the official court docket confirms that none of the named Defendants have entered appearances.  It is unclear whether they have been properly served with the Complaint.